UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-08174
Mohammed Khan )
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter is before the court on the motion of Gateway Mortgage, a division of Gateway First Bank ("Creditor") to modify the automatic stay,

IT IS ORDERED the Motion is granted as follows:

(1) The automatic stay is modified to permit Creditor to exercise its in rem rights under non-bankruptcy law as to the property located at 3405 Henley Street, Glenview, Illinois 60025.

(2) No further payments are to be disbursed to Gateway Mortgage, a division of Gateway First Bank on its secured claim.

(3) The stay in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply to this order.

(4) If recorded in compliance with applicable State laws governing notices of interests or liens in real property, this order will be binding in any other case filed by this debtor or any other debtor under this title purporting to affect such real property filed not later than 2 years after the date of the entry of this order, except that a debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown after notice and a hearing. Any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order. 11 U.S.C. §362(d)(4).

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 29, 2022

**Prepared by:**

Terri M. Long  ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-15-08365