UNITED STATES BANKRUPTCY COURT
Norther District of Illinois
Eastern Division

In Re:                                )
                                      )
   MOHAMMED KHAN,            )   No:  22-08174
                                      )
   Debtor.                         )

MOTION TO VACATE THE ORDER OF DISMISSAL
AND REINSTATE AUTOMATIC STAY

The Debtor respectfully requests that this Court to Vacate the Order of Dismissal and to Reinstate the Automatic Stay, pursuant to FRCP 60, and in support thereof states:

1. On November 29, 2022, this Court entered and Order of Dismissal for failure of debtor to make Plan payments.

2. On November 29, 2022, the Trustee represented to the Court that Debtor had not made Plan payments in the amount of $10,600, representing payments due for October and November. The Trustee indicated that he had received the payment for the month of September in the amount of $5,300.00.

3. Counsel for Debtor advised the Court that Debtor had in fact made said payments and could not explain why they were not showing up on Trustees portal. Attached hereto as Exhibits A-1, 2 and 3 are confirmation sheets from the Trustees Portal indicating that three Plan payments had in fact been made with effective dates prior to the Court hearing on November 29, 2022.

4. Attached hereto as Exhibits B-1, 2, and 3 are banks statements confirming that the three payments with effective dates of November 16, and two on November 28 had in

fact cleared debtor's bank account on the effective dates, prior to the hearing date of November 29, 2022.

5. Attached hereto as Exhibit C is a statement from the Online Payment Center indicating that three payments were made and shows the status as completed.

6. Counsel for debtor has provided these documents to the Trustee and requested him to search for said payments to find out where they have been credited. To date counsel has not heard from the Trustee.

7. The Court stated at the November 29, 2022 hearing that if Counsel was holding checks totaling the remaining payments due of $10,600, it would not be dismissing the case. The foregoing Exhibits clearly show that the payments were in fact being held by the trustee somewhere within their system.

8. In addition, counsel stated to the Court that Debtor had attempted to make his December payment early, but was denied because he had already made three payments during the month. The Court and Trustee indicated that they had never heard of such a problem. While the Court may not have intended this, counsel felt that his credibility was being questioned. Attached hereto as Exhibit D is a statement from the trustee's portal indicating that the payment attempted for December could not be completed because duplicate payments had been detected.

9. At the same time the Court dismissed the case, an Order was entered granting relief from the automatic stay.

10. Based upon the foregoing exhibits, the trustee was holding all required Plan payments at the time of the November 29, 2022 hearing.

11. Debtor has agin attempted to make his December, 2022 Plan payment, but because the case has been dismissed he is currently locked out.

WHEREFORE, the Debtor prays that this Court enter an Order as follows:

    A. Vacating the November 29, 2022 Order of Dismissal and reinstating the case.

    B. Vacating the Orde Lifting Stay.

    C. Reinstating the Automatic Stay.

    D. Directing the Trustee to search their portal for payments misapplied, so that Debtor's payments are properly credited to his account.

    E. For such other and further relief as this Court deems just and equitable.

Counsel for Debtor

Kenneth E. Kaiser    #1384090
Attorney for Debtor
502 N. Plum Grove Rd.
Palatine, IL 60067
847-991-6675
Kkaiser264@aol.com