11/26/22, 1:47 PM                                                                                    OBPP Make a Payment

## Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 28 Nov 2022, $ 5,301.00 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | 8848042 |
| Payer Name: | Mohammed Khan |
| Payer Email Address: | ikhan1680@gmail.com |
| Online Payment ID: | 22081747351 |
| Chapter 13 Trustee: | Thomas H. Hooper |
| Payment Type: | Single Payment |
| Payment Entered Date: | 26 Nov 2022 |
| Payment Date: | 26 Nov 2022 |
| Payment Effective Date: | 28 Nov 2022 |
| Payment Amount: | $ 5,300.00 |
| Bank Processing Fee: | $ 1.00 |
| **Total Amount:** | **$ 5,301.00** |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 5,300.00 and $ 1.00

 Close Window    Print

https://onlinebillpresentmentandpayment.truist.com/custom_cm/EBPP_Payment_m2.asp

Ex A-1

11/26/22, 1:49 PM                                                                                    OBPP Make a Payment

## Make A Payment

1. Accept Terms & Conditions     2. Confirm Payment Details     3. Payment Completed

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

*On the 28 Nov 2022, $ 5,301.00 will be debited from your account.*

| | |
|---|---|
| Confirmation Number: | 8848047 |
| Payer Name: | Mohammed Khan |
| Payer Email Address: | ikhan1680@gmail.com |
| Online Payment ID: | 22081747351 |
| Chapter 13 Trustee: | Thomas H. Hooper |
| Payment Type: | Single Payment |
| Payment Entered Date: | 26 Nov 2022 |
| Payment Date: | 27 Nov 2022 |
| Payment Effective Date: | 28 Nov 2022 |
| Payment Amount: | $ 5,300.00 |
| Bank Processing Fee: | $ 1.00 |
| **Total Amount:** | **$ 5,301.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 5,300.00 and $ 1.00*

 Close Window      Print

Ex A-2

Case 22-08174   Doc 55-1   Filed 12/09/22   Entered 12/09/22 13:29:07   Desc Exhibit
Exhibits A-D    Page 3 of 8

12/2/22, 11:53 AM                                                              OBPP Payment Details

## Payment Details                                                              Details | History

**Online Payment ID:**      22081747351
Chapter 13 Trustee:         Thomas H. Hooper

Payment ID:                 8828422
Payer Name:                 Mohammed Khan
Payer Email Address:        ikhan1680@gmail.com

Payment Type:               Single Payment
Payment Entered Date:       14 Nov 2022
Payment Date:               15 Nov 2022
Payment Effective Date:     16 Nov 2022

Payment Amount:             $ 5,300.00
Bank Processing Fee:        $ 1.00
**Total Amount:**           **$ 5,301.00**

Payment Method:             Checking/Savings
Routing Number:             071000505
Account Type:               Personal/Checking
Account Number:             xxxxx xxxx 7578

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 5,300.00 and $ 1.00*

 Close Window

Ex A-3

https://onlinebillpresentmentandpayment.truist.com/Custom_CM/EBPP_History_2.asp?xs_acc=DD52845E-2A03-446F-8158-EFCA0B23A31D&xs_pa...    1/1

# BANK OF AMERICA

## Checking-7578 - 7578 : Account Activity

### Transaction details

**Posting date:** Nov 28, 2022

**Description:** CHAPTER13TRUST DES:ONLINEPMT ID:14944073 INDN:KHANMOHAMMED CO ID:XXXXX55679 WEB

ID:XXXXX55679 WEB

**Type:** Other Payment

**Status:** Cleared

**Amount:** -$5,300.00

**Description:** CHAPTER13TRUST DES:ONLINEPMT ID:14944073 INDN:KHANMOHAMMED CO ID:XXXXX55679 WEB

**Merchant name:** CHAPTER 13 TRUSTEE

**Transaction category:** Cash, Checks & Misc: Other Expenses

Ex B-1



**Bank of America**

## Checking-7578 - 7578 : Account Activity

### Transaction details

**Posting date**
Nov 28, 2022

**Description**
CHAPTER13TRUST DES:ONLINEPMT ID:14944083 INDN:KHANMOHAMMED CO ID:XXXXX55679 WEB

**Type**
Other Payment

**Status**
Cleared

**Amount**
-$5,300.00

**Description**
CHAPTER13TRUST DES:ONLINEPMT ID:14944083 INDN:KHANMOHAMMED CO ID:XXXXX55679 WEB

**Merchant name**
CHAPTER 13 TRUSTEE

**Transaction category**
Cash, Checks & Misc: Other Expenses

Ex B-2



**Bank of America**

**Checking-7578 - 7578 : Account Activity**

**Transaction details**

| Posting date | Description | Type | Status | Amount | Description | Merchant name | Transaction category |
|---|---|---|---|---|---|---|---|
| Nov 16, 2022 | CHAPTER13TRUST DES:ONLINEPMT ID:14909057 INDN:KHANMOHAMMED CA ID:XXXXX55679 WEB | Other Payment | Cleared | -$5,300.00 | CHAPTER13TRUST DES:ONLINEPMT ID:14909057 INDN:KHANMOHAMMED CO ID:XXXX55679 WEB | CHAPTER 13 TRUSTEE | Cash, Checks & Misc: Other Expenses |

Ex B-3

12/2/22, 11:54 AM                                                Truist OBPP

# THOMAS H. HOOPER
# CHAPTER 13 TRUSTEE
## ONLINE PAYMENT CENTER

Home (/main/home.asp)    Settings (https://onlinebillpresentmentandpayment.truist.com/Settings/settings.asp)

**Main Menu**

Payments

Settings

**Welcome Mohammed Khan**

You last visited us on 26 Nov 2022 at 2:43 PM

Make A Payment    Scheduled Payments    **Payment History**

**Online Payment ID**   22081747351

**Chapter 13 Trustee**   Thomas H. Hooper

| ID | Date Created | Status | Type | Method | Payment Date |
|---|---|---|---|---|---|
| 8848047 | 26 Nov 2022 2:49 PM | Completed | Single | ACH | Sun  27 Nov 2022 |
| 8848042 | 26 Nov 2022 2:45 PM | Completed | Single | ACH | Sat  26 Nov 2022 |
| 8828422 | 14 Nov 2022 5:27 PM | Completed | Single | ACH | Tue  15 Nov 2022 |

Ex C

https://onlinebillpresentmentandpayment.truist.com/main/homepage.asp                                                           1/1

1. Accept Terms & Conditions    2. Confirm Payment Details    3. Payment Completed

## Payment Unable to be Completed

Sorry there was an issue with your payment and it could not be completed.

A duplicate payment has been detected.
You have already submitted a payment for this Account and Amount before.

Please review your payment details and payment history, if you require further account information then please contact the Biller Administrator.

Please note your details have been logged for monitoring purposes.

Close Window

Ex D