UNITED STATES BANKRUPTCY COURT
Norther District of Illinois
Eastern Division

In Re: )
)
MOHAMMED KHAN, ) No: 22-08174
)
Debtor. ) The Honorable Judge Carol Doyle

AFFIDAVIT

I, Mohammed Khan, declare under penalties of perjury under the laws of the United States of America as follows:

1. I am the Debtor, of legal age and have knowledge of the matters stated herein.

2. On November 14, 2022 I entered the Trustee's portal and made a plan payment of $5,300 for the month of September with a payment date of November 15, 2022, which payment became effective on November 16, 2022 and was confirmed cleared by Bank of America on November 16, 2022.

3. On November 26, 2022 I entered the Trustee's portal and made a plan payment of $5,300 for the month of October with a payment date of November 26, 2022, which payment became effective on November 28, 2022 and was confirmed cleared by Bank of America on November 28, 2022.

4. On November 26, 2022 I again entered the Trustee's portal and made a plan payment of $5,300 for the month of November with a payment date of November 27, 2022, which payment became effective on November 28, 2022 and was confirmed cleared by Bank of America on November 28, 2022.

5. In addition thereto, I attempted to make a plan payment through the Trustee's portal for the month of December and was denied the ability to make said payment because the trustee's system detected a duplicate payment was being made in November.

6. I again tried to make my December plan payment through the Trustee's portal in December and this time I was locked out of my account because the case had been dismissed.

7. Plan payments totaling $15,900.00 were confirmed by the trustee's portal as paid and confirmed cleared by Bank of America prior to the November 29, 2022 court hearing wherein my case was dismissed for failure to make said plan payments.

8. This affidavit is given in support of my Motion to vacate the Order of Dismissal and Reinstate Automatic Stay.

_____
Mohammed Khan