UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 22-08174 |
|---|---|---|
| Mohammed Khan | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 79, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 28, 2023

United States Bankruptcy Court

Northern District of Illinois

In re:  
Mohammed Khan  
    Debtor

Case No. 22-08174-CAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2  
Date Rcvd: Mar 29, 2023      Form ID: pdf003      Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohammed Khan, 3405 Henley St., Glenview, IL 60025-3909 |
| 29907844 | | ADVOCATE HEALTH CARE, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 29848938 | + | Gateway First Bank, 6910 E. 14th St., Tulsa, OK 74112-6618 |
| 29848939 | + | Illinois Department of Revenue, 9511 Harrison St., Des Plaines, IL 60016-1563 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30124711 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2023 22:22:02 | Credit One, 6801 S Cimarron Rd, Las Vegas NV 89113-2273 |
| 29910991 | + | Email/Text: AllBankruptcyEBN@il.cslegal.com | Mar 29 2023 22:16:00 | Gateway Mortgage, a division of Gateway First Bank, c/o Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527-6921 |
| 29915477 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 29 2023 22:16:00 | Illinois Department of Revenue, Bankruptcy Section, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29848940 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2023 22:16:00 | Internal Revenue Service, Kansas City, MO 64999 |
| 29886612 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 22:22:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Irubiel Ferrer | on behalf of Creditor Gateway Mortgage  a division of Gateway First Bank irubiel@piolettilaw.com, piolettilaw@piolettilaw.com |
| Kenneth E. Kaiser | on behalf of Debtor 1 Mohammed Khan kkaiser264@aol.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Terri M Long | on behalf of Creditor Gateway Mortgage  a division of Gateway First Bank bkpleadingsNORTHERN@il.cslegal.com, Courts@tmlong.com |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 5