# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

| | |
|---|---|
| IN RE:<br>    Mohammed Khan<br><br>                    Debtor | 22-08174<br><br>Chapter 13<br><br>Judge Timothy A. Barnes |

## NOTICE OF DEFAULT

The Creditor, Gateway Mortgage, a division of Gateway First Bank, by Counsel, states as follows:

1.     On 1/25/23, this Court entered an Order (the "Order") providing that Debtor was to remain current on post-petition payments as to 3405 Henley Street, Glenview, IL 60025. The Order also states that if the Debtor should default in making future monthly, post-petition payments, then the Creditor may file with this Court and mail to all interested parties a Notice describing the alleged default.

2.     Debtor has defaulted on the Order by not making all required payments and is out of compliance with the Order. Specifically, as of 11/15/2023, the Debtor is past due for the 7/1/2023 through and including 11/1/2023 post-petition mortgage payments (5 @ $3,957.58, each) less suspense balance of $3,621.45 for a total post payment default of $16,266.45. This default includes $100.00 for attorney fees.

3.     Pursuant to the terms of the Order, unless the Debtor brings the loan post-petition current by tendering $16,266.45 within fourteen (14) calendar days from the date of this Notice or by 12/01/2023, then the stay will be automatically terminated upon the filing of a Notice of Modification of Stay.

4. The default amount must be received before expiration of this Notice of Default, as set forth above. Said funds should be made payable to: Gateway Mortgage, a division of Gateway First Bank and sent to Codilis and Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.

Dated:  November 17, 2023.

/s/ Peter C. Bastianen
Attorney for Creditor
Peter C. Bastianen ARDC#06244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
bkpleadingsNORTHERN@il.cslegal.com
(630) 794-5300
File No. 14-15-08365

NOTE: This law firm is a debt collector.

**CERTFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Default upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on November 17, 2023 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on November 17, 2023.

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Mohammed Khan, Debtor, 3405 Henley St., Glenview, IL 60025
Kenneth E. Kaiser, Attorney for Debtor, 502 N. Plum Grove Road, Palatine, IL 60067 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                /s/ Peter C. Bastianen
                                                  Attorney for Creditor

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
bkpleadingsNORTHERN@il.cslegal.com
(630) 794-5300
File No. 14-15-08365

NOTE: This law firm is a debt collector.