**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE:<br>　　Mohammed Khan<br><br>　　　　　　Debtor | Case No.: 22-08174<br><br>Chapter: 13<br><br>Judge Timothy A. Barnes |

### NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 1/25/23

　　**PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order, entered 1/25/23, (hereto attached).  In accordance with said Order, attorneys, Codilis & Associates, P.C., filed notification to all required parties of non-compliance on 11/17/2023.  The Debtor did not bring the post-petition mortgage payments current with Gateway Mortgage, a division of Gateway First Bank prior to the fourteen (14) days, effective date provided for.

　　**THE AUTOMATIC STAY** has been terminated as to Gateway Mortgage, a division of Gateway First Bank, its principals, agents, successors, and/or assigns as to the property commonly known as 3405 Henley Street, Glenview, IL 60025, upon filing of this Notice.

　　**NOTICE TO THE STANDING TRUSTEE:** No further payments are to be distributed to Gateway Mortgage, a division of Gateway First Bank on its Proof of Claim.

### PROOF OF SERVICE AND CERTIFICATION

I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on December 6, 2023 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 6, 2023.

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Mohammed Khan, Debtor, 3405 Henley St., Glenview, IL 60025
Kenneth E. Kaiser, Attorney for Debtor, 502 N. Plum Grove Road, Palatine, IL 60067 by electronic notice through ECF
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Peter C. Bastianen
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-15-08365
NOTE: This law firm is a debt collector.