UNITED STATES BANKRUPTCY COURT
Norther District of Illinois
Eastern Division

In Re: )
)
MOHAMMED KHAN, ) No: 22-08174
)
Debtor. )

MOTION TO VACATE THE ORDER OF DISMISSAL
AND REINSTATE AUTOMATIC STAY

The Debtor respectfully requests that this Court to Vacate the Order of Dismissal and to Reinstate the Automatic Stay, pursuant to FRCP 60, and in support thereof states:

1. On December 7, 2023, this Court entered and Order of Dismissal for failure of debtor to make Plan payments.

2. On November 9, 2023, the Trustee filed a Motion to Dismiss for Failure to make Plan payments. At that time, Debtor had not made Plan payments in the amount of $24,312, representing payments due for June, July and September.

3. Additional amounts have become due since September, 2023. If the case is reinstated, Plan payments for the months of October, November, December and January will be due, totaling an additional $32,416.

4. In addition, Gateway First Bank has filed a Notice of Default for Debtors failure to make post petition mortgage payments. At the time of the Notice, debtor owed Gateway $16,266.45.

5. Additional funds have become due Gateway post petition since December 1, 2023 bringing the total default to $24,081.61.

6. The reason for the defaults in his payments are that he has been extensively traveling in Europe to develop his business and will not be back in the country until January 15, 2024.

7. Debtor has deposited the sum of $30,000 in counsels Client Fund account, which funds are immediately available for disbursement upon reinstatement of this case.

8. Debtor has accumulated additional funds of $50,000, sufficient to pay in full the deficiency in Plan payments and the post petition Payments due to Gateway First Bank. See Exhibit A attached hereto and incorporated herein.

9. If the Court grants Debtor's motion to reinstate his case and the automatic stay, he will be able to pay the outstanding deficiency amount of $80,809.61.

10. At the same time the Court dismissed the case, an Order was entered granting relief from the automatic stay.

11. Debtor is unable to currently make payments through the portal because the case has been dismissed and he is currently locked out.

WHEREFORE, the Debtor prays that this Court enter an Order as follows:

    A. Vacating the December 7, 2023 Order of Dismissal and reinstating the case.

    B. Vacating the Order Lifting Stay.

    C. Reinstating the Automatic Stay.

    D. For such other and further relief as this Court deems just and equitable.

_____
Counsel for Debtor

Kenneth E. Kaiser    #1384090
Attorney for Debtor
502 N. Plum Grove Rd.
Palatine, IL  60067
847-991-6675
Kkaiser264@aol.com



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2023 through December 29, 2023
Account Number: 

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00154006 DRE 111 211 36423 NNNNNNNNNNN  1 000000000 64 0000
PROFECTUS CONSULTING LLC
1881 TECHNY RD
NORTHBROOK IL 60062-5450

### We will start charging the online FX international wire transfer fee in March

We haven't been charging the online FX international wire transfer fee that's included in your Chase Business Complete Checking℠ account agreement.

Starting on or after March 11, we will charge the $5 fee if you send a wire transfer of less than $5,000 USD from your checking account to a bank outside of the U.S. in foreign currency.

If you have questions, please call the number on this statement. We accept operator relay calls.

### CHECKING SUMMARY  Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $170.76 |
| Deposits and Additions | 8 | 25,830.10 |
| ATM & Debit Card Withdrawals | 75 | -6,317.15 |
| Electronic Withdrawals | 3 | -3,090.00 |
| Fees | 16 | -206.22 |
| Ending Balance | 102 | $16,387.49 |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was -$1,141.41.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.



Ex A



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

NOOREEN FURQUAN
3405 HENLEY ST
GLENVIEW, IL 60025-3909

BANK OF AMERICA
## Preferred Rewards
### Customer service information

- 1.888.888.RWDS (1.888.888.7937)
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Adv Plus Banking
## Preferred Rewards Platinum

for November 18, 2023 to December 18, 2023
NOOREEN FURQUAN

Account number: ███████

### Account summary

| | |
|---|---:|
| Beginning balance on November 18, 2023 | $16,754.00 |
| Deposits and other additions | 30,931.53 |
| Withdrawals and other subtractions | -39,988.79 |
| Checks | -0.00 |
| Service fees | -129.73 |
| **Ending balance on December 18, 2023** | **$7,567.01** |

charles SCHWAB

Schwab One® Account of

IMRAN KHAN

Account Number
[redacted]

Statement Period
December 1-31, 2023

## Account Summary

| Ending Account Value as of 12/31 | Beginning Account Value as of 12/01 | Total Value Change ($) |
|---|---|---|
| $8,158.89 | $502.17 | $7,656.72 |

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $502.17 | $2.20 | $499.97 |
| Deposits | 10,047.00 | 500.00 | 9,547.00 |
| Withdrawals | (2,390.43) | 0.00 | (2,390.43) |
| Dividends and Interest | 0.09 | 0.03 | 0.06 |
| Transfer of Securities(In/Out) | 0.00 | 0.00 | 0.00 |
| Market Value Change | 0.06 | (0.06) | 0.12 |
| Fees | 0.00 | 0.00 | 0.00 |
| Ending Value | $8,158.89 | $502.17 | $7,656.72 |

IMRAN KHAN
3405 HENLEY ST
GLENVIEW IL

60025-3909

### Manage Your Account

Customer Service and Trading:
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

