**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mohammed Khan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 22-08174 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Gateway Mortgage, a division of Gateway First Bank

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to Identify the debtor's account: 0329

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2023

**New total payment** $3,957.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $1,973.04      **New escrow payment:** $2,024.81

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ____ %      **New interest rate:** ____ %

**Current principal and interest payment:** $ ____      **New principal and interest payment:** $ ____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: ____
**Current mortgage payment:** $ ____      **New mortgage payment:** $ ____

| Debtor 1 | Mohammed Khan | | | Case number *(if known)* | 22-08174 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| ✗ | /s/ Terri M. Long | | Date | 4/18/2023 |
| | Signature | | | |
| Print | Terri M. Long | | Title | Attorney for Creditor |
| | First Name    Middle Name    Last Name | | | |
| Company | Codilis & Associates, P.C. | | | |
| Address | 15W030 North Frontage Road, Suite 100 | | | |
| | Number       Street | | | |
| | Burr Ridge            IL            60527 | | | |
| | City                     State           ZIP Code | | | |
| Contact phone | (630) 794-5300 | | Email | bkpleadingsNORTHERN@il.cslegal.com |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on April 18, 2023 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 18, 2023.

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Mohammed Khan, Debtor(s), 3405 Henley St., Glenview, IL 60025
Kenneth E. Kaiser, Attorney for Debtor(s), 502 N. Plum Grove Road, Palatine, IL 60067 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

      /s/ Terri M. Long
      Attorney for Creditor

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-15-08365

NOTE: This law firm is a debt collector.



PO Box 101584
Nashville TN 37224

**DO NOT SEND PAYMENTS OR
CORRESPONDENCE TO THIS ADDRESS.**

ADDRESS SERVICE REQUESTED

PERSONAL INFORMATION REDACTED



MOHAMMAD KHAN
3405 HENLEY ST
GLENVIEW           IL 60025

**YOUR MORTGAGE PAYMENT MAY BE CHANGING**

| | |
|---|---|
| Loan Number: | |
| Escrow Statement Date: | 4/3/2023 |
| New Payment Effective Date: | 6/1/2023 |
| New Monthly Payment: | $3,957.58 |
| For Property Located At: | |
| | 3405 HENLEY ST |
| | GLENVIEW IL 60025 |

## CONTACT US

▶ **Contact us Online:**

www.GatewayFirst.com

▶ **Customer Service:**

877.764.9319

▶ **Mail your payment:**

P.O. Box 21044
Tulsa, OK 74121

# Annual Escrow Account Disclosure Statement

| Your Current Payment... | |
|---|---|
| **Old Monthly Payment:** | $3,905.81 |
| PRIN & INTEREST | $1,932.77 |
| ESCROW PAYMENT | $1,973.04 |

| Effective 6/1/2023, You Must Pay... | |
|---|---|
| **New Monthly Payment:** | $3,957.58 |
| PRIN & INTEREST | $1,932.77 |
| ESCROW PAYMENT | $2,024.81 |

### Your new total monthly payment is $3,957.58 effective with your 6/1/2023 payment

**Anticipated Activity From 8/1/2022**

This table illustrates anticipated activity at the time of your last escrow analysis.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Bill Description | Required Escrow Balance |
|---|---|---|---|---|
| | | | | Starting Balance |
| AUG 2022 | $1,973.04 | ($9,219.50) | COUNTY TAX | $6,210.06 |
| AUG 2022 | | ($7.00) | COUNTY TAX | |
| SEP 2022 | $1,973.04 | ($5,223.54) | HAZARD LP | $2,959.56 |
| OCT 2022 | $1,973.04 | $0.00 | | $4,932.60 |
| NOV 2022 | $1,973.04 | $0.00 | | $6,905.64 |
| DEC 2022 | $1,973.04 | $0.00 | | $8,878.68 |
| JAN 2023 | $1,973.04 | $0.00 | | $10,851.72 |
| FEB 2023 | $1,973.04 | $0.00 | | $12,824.76 |
| MAR 2023 | $1,973.04 | ($9,219.50) | COUNTY TAX | $5,571.30 |
| MAR 2023 | | ($7.00) | COUNTY TAX | |
| APR 2023 | $1,973.04 | $0.00 | | $7,544.34 |
| MAY 2023 | $1,973.04 | $0.00 | | $9,517.38 |
| JUN 2023 | $1,973.04 | $0.00 | | $11,490.42 |
| JUL 2023 | $1,973.04 | $0.00 | | $13,463.46 |
| Total | $23,676.48 | $23,676.54 | | |

**Actual Activity From 8/1/2022**

This table illustrates actual activity of payments to and from your escrow account since your last escrow analysis.

| Date | Actual Payments To Escrow | Actual Payments From Escrow | Bill Description | Actual Escrow Balance |
|---|---|---|---|---|
| | | | | Starting Balance |
| AUG 2022 | $0.00 | $0.00 | | ($161,842.49) |
| SEP 2022 | $0.00 | $0.00 | | ($161,842.49) |
| OCT 2022 | $0.00 | $0.00 | | ($161,842.49) |
| NOV 2022 | $4,512.12 | $0.00 | | ($157,330.37) |
| DEC 2022 | $2.00 | ($5,593.42) | HAZARD LP | ($162,921.79) |
| JAN 2023 | $4,512.12 | $0.00 | | ($158,409.67) |
| FEB 2023 | $2,256.06 | ($8,004.91) | COUNTY TAX | ($164,165.52) |
| FEB 2023 | | ($7.00) | COUNTY TAX | |
| MAR 2023 | $4,745.28 | ($9,345.19) | COUNTY TAX | ($168,772.43) |
| MAR 2023 | | ($7.00) | COUNTY TAX | |
| APR 2023 | $0.00 | $0.00 | | ($168,772.43) |
| MAY 2023 | $0.00 | $0.00 | | ($168,772.43) |
| JUN 2023 | $0.00 | $0.00 | | ($168,772.43) |
| JUL 2023 | $0.00 | $0.00 | | ($168,772.43) |
| Total | $16,027.58 | $22,957.52 | | |

Due to the timing of your escrow analysis, the last month of actual activity may reflect $0.00 to Escrow. However, for the purpose of your analysis, we include any scheduled payments to and from escrow in the calculation.

## Anticipated Activity for the Next 12 months

This table illustrates anticipated payments into escrow and disbursements from escrow over the next 12 months.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Bill Description | Anticipated Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | $40,467.01 | $9,883.58 |
| JUNE 2023 | $2,024.81 | $0.00 | | $42,491.82 | $11,908.39 |
| JULY 2023 | $2,024.81 | $0.00 | | $44,516.63 | $13,933.20 |
| AUGUST 2023 | $2,024.81 | ($9,345.19) | COUNTY TAX | $37,189.25 | $6,605.82 |
| AUGUST 2023 | | ($7.00) | COUNTY TAX | $37,189.25 | |
| SEPTEMBER 2023 | $2,024.81 | ($5,593.42) | HAZARD LP | $33,620.64 | $3,037.21 |
| OCTOBER 2023 | $2,024.81 | $0.00 | | $35,645.45 | $5,062.02 |
| NOVEMBER 2023 | $2,024.81 | $0.00 | | $37,670.26 | $7,086.83 |
| DECEMBER 2023 | $2,024.81 | $0.00 | | $39,695.07 | $9,111.64 |
| JANUARY 2024 | $2,024.81 | $0.00 | | $41,719.88 | $11,136.45 |
| FEBRUARY 2024 | $2,024.81 | $0.00 | | $43,744.69 | $13,161.26 |
| MARCH 2024 | $2,024.81 | ($9,345.19) | COUNTY TAX | $36,417.31 | $5,833.88 |
| MARCH 2024 | | ($7.00) | COUNTY TAX | $36,417.31 | |
| APRIL 2024 | $2,024.81 | $0.00 | | $38,442.12 | $7,858.69 |
| MAY 2024 | $2,024.81 | $0.00 | | $40,466.93 | $9,883.50 |
| **Total** | **$24,297.72** | **$24,297.80** | | | |

### How We Calculate Your Surplus or Shortage

- The **anticipated starting balance** for the upcoming 12 month period is $40,467.01. The **required escrow balance** is $9,883.58, and reflects what your escrow balance must be to ensure your account does not fall below the minimum required balance (**escrow cushion**) over the next 12 months.
- An **escrow cushion** is a required reserve amount set by the Real Estate Settlement and Procedures Act (RESPA) and cannot exceed 1/6th of your total annual escrow expenses, excluding mortgage insurance premiums, unless state law specifies a lower amount.
- Your **escrow cushion** is $3,037.21
- Subtract the anticipated escrow balance from the required escrow balance to determine your escrow surplus or shortage.

### Escrow Payment Calculation

(1) Divide total annual expenses, $24,297.80, by 12 to determine the unadjusted escrow payment. This is the base amount that must be paid into your escrow account each month to meet all expense obligations.
(2) **Your account also contains a surplus of $30,583.43.**
(3) Your total escrow payment is $2,024.81 and is required to be paid with your total monthly mortgage payment.

| | | | | |
|---|---|---|---|---|
| Unadjusted escrow payment (1/12th of your total annual expenses) | $2,024.81 | | PRIN & INTEREST | $1,932.77 |
| Shortage Payment | $0.00 | | ESCROW PAYMENT | $2,024.81 |
| | | | SURPLUS REDUCTION | $0.00 |
| Total Escrow Payment | $2,024.81 | | **New Monthly Payment** | $3,957.58 |

Gateway Mortgage, a division of Gateway First Bank. Member FDIC. Equal Housing Lender. NMLS 7233. Maryland Mortgage Lender License 19468.